UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NAVARRE CORPORATION,

Plaintiff,

Civil Action No.: 01-1845 JHR/FLN

vs.

SIR-TECH SOFTWARE, INC.,

Defendant.

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff Navarre Corporation and Defendant Sir-tech Software, Inc. hereby stipulate, by and through their undersigned counsel of record, that the above-captioned action, having been fully settled and compromised, including all claims and counterclaims asserted therein, should be and hereby is dismissed with prejudice, with each party bearing its own costs, disbursements and attorneys' fees.

Dated: June 30, 2003

WINTHROP & WEINSTINE, P.A.

By: Matthew R. McBride

Matthew R. McBride, #261891

3200 Minnesota World Trade Center
30 East Seventh Street
St. Paul, Minnesota 55101
Telephone: (651) 290-8400

Attorneys for Plaintiff

FILED JUL - 3 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED____
DEPUTY CLERK'S INITIALS____

Dated: June 24, 2003

HANCOCK & ESTABROOK, LLP

By: Camille W. Hill
Camille W. Hill, Esq.

1500 MONY Tower I
P.O. Box 4976
Syracuse, New York 13221-4976
Telephone: (315) 471-3151

Attorneys for Defendant

**ORDER**

Based on the foregoing Stipulation of the parties, IT IS HEREBY ORDERED, that the above-captioned action is dismissed with prejudice and without costs, disbursements or attorneys' fees to either party.

Dated: July 2, 2003

BY THE COURT:

United States District Court
for the District of Minnesota